UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| E2E PROCESSING, INC., a Texas Corporation,<br><br>    Plaintiff,<br><br>vs.<br><br>CABELA'S INCORPORATED, a Delaware Corporation,<br><br>    Defendant. | Case No. 2:14-cv-00036-JRG-RSP |

## ORDER OF DISMISSAL WITH PREJUDICE

On this day, Plaintiff E2E Processing, Inc. ("E2E") announced to the Court that it seeks to voluntarily dismiss the respective claims, defenses and/or counterclaims asserted in this case. The Court, having considered this unopposed request, is of the opinion that their request for dismissal should be granted.

IT IS THEREFORE ORDERED that E2E's claims for relief against Cabela's are dismissed WITH prejudice, and Cabela's's claims, defenses and/or counterclaims for relief against E2E are dismissed WITHOUT prejudice as moot.

**SIGNED this 7th day of August, 2015.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE