# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | |
|---|---|
| E2E PROCESSING, INC., a Texas Corporation<br><br>Plaintiff,<br><br>v.<br><br>CABELA'S INCORPORATED<br><br>Defendant | Case No. 2:14-cv-00036-JRG-RSP<br>LEAD CASE |
| E2E PROCESSING, INC., a Texas Corporation<br><br>Plaintiff,<br><br>vs.<br><br>CROCS, INC., a Delaware Corporation and<br><br>CROCS RETAIL, LLC, a Colorado Limited Liability Company<br><br>Defendants. | Case No. 2:14-cv-00037-JRG-RSP |

## ORDER OF DISMISSAL WITH PREJUDICE

CAME ON THIS DAY for consideration of the Stipulated Motion for Dismissal With Prejudice of all claims and counterclaims asserted between plaintiff E2E Processing, Inc. and Defendants Crocs, Inc. and Crocs Retail, LLC in this case, and the Court being of the opinion that said motion should be GRANTED, it is hereby

ORDERED, ADJUDGED AND DECREED that all claims asserted in this suit between Plaintiff E2E Processing, Inc. and Defendants Crocs, Inc. and Crocs Retail, LLC, LLC, are hereby dismissed with prejudice.

It is further ORDERED that all attorneys' fees and costs are to be borne by the party that incurred them and neither party shall be required to pay any costs, attorneys' fees or other expenses of the other party that are associated with the matters settled by this Stipulated Motion for Dismissal with Prejudice.

**SIGNED this 2nd day of September, 2015.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE